FRANK MUZIK, RESPONDENT, v. ERIE RAILROAD COMPANY, APPELLANT.

Submitted July 6, 1914—Decided October 16, 1914.

On appeal from the Supreme Court, whose opinion is reported in 85 *N. J. L.* 129.

For the respondent, *Michael Dunn.*

For the appellant, *Collins & Corbin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Voorhees in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, BOGERT, TERHUNE, HEPPENHEIMER, WILLIAMS, JJ. 12.

*For reversal*—None.